IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FLEXIWORLD TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS INC. and LG ELECTRONICS U.S.A., INC., <br><br> Defendants. | Case No. 2:25-cv-00960-JRG |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND <u>WAIVER OF FOREIGN SERVICE REQUIREMENT</u>**

Defendants LG Electronics Inc. and LG Electronics U.S.A., Inc. (together, "Defendants"), by and through their attorney of record, move the Court to extend the time within which Defendants are required to move, answer, or otherwise respond to Plaintiff's Complaint. In support of the Motion, Defendants state the following:

1. On September 18, 2025, Plaintiff Flexiworld Technologies, Inc. ("Plaintiff") filed its Complaint alleging patent infringement against Defendants.

2. On September 19, 2025, LG Electronics U.S.A., Inc. was served with Plaintiff's Complaint.

3. LG Electronics Inc., a foreign entity, has agreed to waive service under the Hauge Convention in exchange for a 120-day extension of time for all Defendants to answer or otherwise plead.

4. Defendants' agreement with Plaintiff should not be construed as a waiver of any other rights or defenses, including, for instance, Defendants' right to file counterclaims,

1

affirmative defenses, or to otherwise challenge the validity of the subject patents.

WHEREFORE, Defendants respectfully request that the time in which Defendants are required to move, answer, or otherwise respond to Plaintiff's Complaint for Patent Infringement be extended up to and including February 9, 2026.

Dated: October 8, 2025         Respectfully submitted,

   /s/ Melissa R. Smith
_____
Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorney for Defendants*
*LG Electronics Inc. and*
*LG Electronics U.S.A., Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiff to discuss the substantive relief sought in this Motion in accordance with Local Rule CV-7(h).  Counsel for Plaintiff indicated that Plaintiff is unopposed to this Motion.

                                                 */s/ Melissa R. Smith*
                                                 Melissa R. Smith

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on October 8, 2025.

                                                 */s/ Melissa R. Smith*
                                                 Melissa R. Smith